UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  17-cv-80615-BLOOM/Valle

SANDY SZYMONOWICZ,

    Plaintiff,

v.

MAURY COBB, ATTORNEY AT LAW, LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before the Court upon the parties' Stipulation for Order of Dismissal with Prejudice (the "Stipulation"), ECF No. [19], advising that the parties stipulate to the dismissal of this case with prejudice, with each party to bear their own fees and costs.  The Court having considered the Stipulation, and being otherwise duly informed therein, it is

**ORDERED AND ADJUDGED** that the parties' Stipulation, **ECF No. [19]**, is **APPROVED AND ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**.  The Clerk is directed to **CLOSE** this matter and all pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Miami, Florida, this 6th day of September, 2017.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 16-cv-62994-BLOOM/Valle

Copies to:  Counsel of Record